UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY RUSH,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY, a Delaware<br>corporation,<br><br>    Defendant. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>(DIVERSITY OF CITIZENSHIP AND<br>SUPPLEMENTAL JURISDICTION) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO PLAINTIFF RANDY RUSH AND HIS COUNSEL OF RECORD

   PLEASE TAKE NOTICE that Defendant The Boeing Company (hereinafter referred to

as "Defendant"), hereby effects the removal of the state action described herein from the

Superior Court of the State of Washington in and for the County of Pierce, to the United States

District Court for the Western District of Washington at Tacoma. This removal is based upon

diversity of citizenship, in accord with 28 U.S.C. §§ 1332(a) and 1441(b), due to diversity of

citizenship between the parties, and is timely, in accord with 28 U.S.C. § 1446.

   In support of its Notice of Removal of Civil Action, Defendant provides the information

below:

**NOTICE OF REMOVAL - 1**

## JURISDICTION AND VENUE

This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) and this action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b). The Boeing Company is the sole Defendant, and consents to removal. As set forth below, this case meets all of the requirements for removal and is timely and properly removed by the filing of this Notice.

## PLEADINGS

On June 11, 2010, Plaintiff initiated a civil action in the Pierce County Superior Court. On July 27, 2010, Plaintiff served Defendant with the Summons and Complaint, entitled *Randy Rush v. The Boeing Company*, Case No. 10-2-10181-6. A true copy of the Case Cover Sheet/Civil Cases is attached hereto as Exhibit 1; a true copy of the Track Assignment Request is attached hereto as Exhibit 2; a true copy of the Complaint is attached hereto as Exhibit 3; a true copy of the Summons is attached hereto as Exhibit 4, a true copy of the Order Setting Original Case Schedule is attached as Exhibit 5, a true copy of Defendant's Notice of Appearance is attached hereto as Exhibit 6, a true copy of the Notice of Unavailability (Plaintiff's counsel) is attached hereto as Exhibit 7, a true copy of the Declaration of Service is attached hereto as Exhibit 8, and a true copy of the Confirmation of Service is attached hereto as Exhibit 9. By signing this Notice of Removal, counsel for Defendant verifies that the items attached hereto are true and complete copies of all the records and proceedings in the state court proceeding.

## DIVERSITY OF CITIZENSHIP

The Defendant identified in the Complaint is The Boeing Company. At the time this action was commenced, Defendant was organized and incorporated under the laws of the State of Delaware, and its headquarters and principal place of business was in the State of Illinois. *See Hertz Corp. v. Friend*, 559 U. S. __, __ (2010). Defendant was not a citizen of the State of Washington at the time this action was commenced.

**NOTICE OF REMOVAL - 2**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1  Upon information and belief, at the time this action was commenced, Plaintiff was a

2  citizen of the State of Washington. *See* Complaint, ¶I.

3  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

4  § 1332(a), and is one which may be removed to this Court pursuant to the provisions of 28

5  U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in

6  controversy exceeds the sum of $75,000, exclusive of interests and costs.

7  The amount in controversy exceeds $75,000 based on the following allegations set forth

8  in the Complaint: (1) Plaintiff's allegation that he is entitled to damages related to "loss of pay

9  and benefits, emotional distress, and all damages permitted pursuant to Washington law," *see*

10  Complaint, ¶XVI, and (2) Plaintiff's allegation that he is entitled to attorneys fees, *see*

11  Complaint, ¶3 of Prayer for Relief.

12  ## SUPPLEMENTAL JURISDICTION

13  This Court has supplemental jurisdiction over any remaining state law claims in

14  accordance with 28 U.S.C. § 1367 and jurisdiction over any separate and independent claims as

15  provided in 28 U.S.C. § 1441(c).

16  ## PROCESS AND VENUE

17  Plaintiff served Defendant with a copy of the Summons and Complaint on or about

18  July 28, 2010. This Notice of Removal is timely as it is made within 30 days of receipt of a copy

19  of the pleading, motion, order or other paper from which it may first be ascertained that the case

20  is one which is or has become removable. 28 U.S.C. § 1446(b).

21  Venue is proper in the Western District of Washington at Tacoma. Venue is proper in

22  this District because this is the district court of the United States for the district encompassing the

23  place where this action is currently pending. 28 U.S.C. § 1441(a). Venue is proper at Tacoma

24  because the cause of action arose in Pierce County. Local Rule 5(e)(1).

25

26

**NOTICE OF REMOVAL - 3**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1    Written notice of the filing of this notice of removal has been given to all parties who

2    have appeared in this action and a copy of the notice of removal has been filed with the Clerk of

3    Court of the Superior Court of the State of Washington, in and for the County of Pierce.

4        WHEREFORE, Defendant The Boeing Company, respectfully requests that this action,

5    now pending in the Pierce County Superior Court, state of Washington, be removed to the

6    United States District Court for the Western District of Washington at Tacoma.

7

8    August 16, 2010                          *s/ James G. Zissler*

9                                             James G. Zissler, WSBA #30287
                                             jzissler@little.com
10                                            Ryan P. Hammond, WSBA #38888
                                             rhammond@littler.com
11                                            LITTLER MENDELSON, P.C.
                                             One Union Square
12                                            600 University Street, Suite 3200
                                             Seattle, WA 98101.3122
13                                            Phone:       206.623.3300
                                             Fax:         206.447.6965

14
                                             Attorneys for Defendant
15                                            The Boeing Company

16

17

18

19

20

21

22

23

24

25

26

**NOTICE OF REMOVAL - 4**

Firmwide:96681513.1 053838.1079

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on August 14, 2010, I electronically filed the foregoing with the Clerk of the
3  Court using the CM/ECF system which will send notification of such filing to the following:

4          **Dan M. Albertson**
           **Attorney at Law**
5          **711 Court A, Suite 200**
           **Tacoma, WA  98402**
6

7  and I hereby certify that I have mailed by United States Postal Service the document to the
   following non CM/ECF participants:

8
           **N/A**
9

10

11  Dated:  August 16, 2010                   *s/ Anna M. Robertson*
                                              Anna M. Robertson
12                                            arobertson@littler.com

13                                   **LITTLER MENDELSON, P.C.**

14

15

16

17

18

19

20

21

22

23

24

25

26

**NOTICE OF REMOVAL - 5**

Firmwide:96681513.1 053838.1079

EXHIBIT 1



10-2-10181-6   34477238   CICS      06-14-10

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

## CASE COVER SHEET / CIVIL CASES

Case Title **Randy Rush v. Boeing Co.**   Case Number **10 2 10181 6**

Atty/Litigant **Dan M. Albertson**   Bar # **10902**   Phone **(253) 475 7000**

Address **711 Court A, Suite 200**

City **Tacoma**   State **WA**   Zip **98402**

Please check one category that best describes this case for indexing purposes.
**Presumed tracks are listed next to the cause codes. (Non PCLR indicates no Track Assignment Request is required.)**
*If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 1, and does not require a Track Assignment Request Form.*

**APPEAL / REVIEW**
____ Administrative Law Review (ALR 2) *Non PCLR*
____ Civil, Non-Traffic (LCA 2) *Non PCLR*
____ Civil, Traffic (LCI 2) *Non PCLR*
____ Civil, Traffic (LCI 2) *Non PCLR*
____ Land Use Petition (LUP 2) *LUPA*

**CONTRACT / COMMERCIAL**
____ Breach of Contract (COM 2) *EXPEDITED*
____ Commercial Non-Contract (COM 2) *EXPEDITED*
____ Third Party Collection (COL 2) *EXPEDITED*

**JUDGMENT**
____ Abstract Only (ABJ 2) *Non PCLR*
____ Foreign Judgment Civil (FJU 2) *Non PCLR*
____ Judgment, Another County (ABJ 2) *Non PCLR*
____ Judgment, Another State (FJU 2) *Non PCLR*
____ Transcript of Judgment (TRJ 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
____ Death (TMV 2) *STANDARD*
____ Non-Death Injuries (TMV 2) *STANDARD*
____ Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
____ Other Malpractice (MAL 2) *COMPLEX*
____ Other Tort (TTO 2) *COMPLEX*
____ Personal Injury (PIN 2) *STANDARD*
____ Products Liability (PIN 2) *STANDARD*
____ Property Damage (PRP 2) *STANDARD*
____ Wrongful Death (WDE 2) *STANDARD*

**PROPERTY RIGHTS**
____ Condemnation (CON 2) *STANDARD*
____ Foreclosure (FOR 2) *STANDARD*
____ Property Fairness (PFA 2) *STANDARD*
____ Quiet Title (QTI 2) *STANDARD*
____ Unlawful Detainer / Eviction (UND 2) *Non PCLR*
____ Unlawful Detainer / Contested (UND 2) *Non PCLR*
____ Land Use Petition (LUP 2) *LUPA*

**OTHER COMPLAINT OR PETITION**
____ Compel/Confirm Bind Arbitration (MSC 2) *Non PCLR*
____ Deposit of Surplus Funds (MSC 2) *Non PCLR*
____ Injunction (INJ 2) *Non PCLR*
____ Interpleader (MSC 2) *Non PCLR*
____ Malicious Harassment (MHA 2) *Non PCLR*
____ Meretricious Relationship (MER 2) *Non PCLR*
____ Minor Settlement/No Guardianship(MST2) *Non PCLR*
____ Pet for Civil Commit/Sex Predator(PCC2)*Non PCLR*
____ Seizure of Property/Comm. of Crime(SPC2)*Non PCLR*
____ Seizure of Proprty Reslt from Crime(SPR2)*Non PCLR*
____ Subpoenas (MSC 2) *Non PCLR*

**TORT / MEDICAL MALPRACTICE**
____ Hospital (MED 2) *COMPLEX*
____ Medical Doctor (MED 2) *COMPLEX*
____ Other Health Care Professional (MED2)*COMPLEX*

**WRIT**
____ Habeas Corpus (WHC 2) *Non PCLR*
____ Mandamus (WRM 2) *Non PCLR*
____ Review (WRV 2) *Non PCLR*
____ Miscellaneous Writ (WMW 2) *Non PCLR*

**MISCELLANEOUS** **Employment Discrimination**

# ORIGINAL

Exhibit _____ **1**

Page _**1**_ of _**1**_

EXHIBIT 2



10-2-10181-6  34477243  ROACT  06-14-10



FILED
IN COUNTY CLERK'S OFFICE
A.M. JUN 11 2010 P.M.
PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

## PIERCE COUNTY SUPERIOR COURT, STATE OF WASHINGTON

_Randy Rush_

Plaintiff(s),

vs.

_The Boeing Company_

Defendant(s).

Case No._____

10 2 10181 6

TRACK ASSIGNMENT REQUEST

NAME Dan Matthew Albertson          PHONE (253) 475-2000   FAX 253-627-7340

ADDRESS 711 Court A Ste 200

          Tacoma WA 98402-5228

JURY DEMAND ANTICIPATED     [X] YES   [ ] NO
CONSOLIDATION ANTICIPATED   [ ] YES   [X] NO
ESTIMATED LENGTH OF TRIAL   ___5___ DAYS

TRACK ASSIGNMENT REQUESTED: SEE PCLR (g)(2)through(6)
EXPEDITED [ ]      STANDARD [X]        COMPLEX [ ]
DISSOLUTION [ ]    LUPA (Land Use Petition) [ ]

TRACK REQUESTS THAT DEVIATE FROM THE PRESUMED TRACK (SEE PCLR1) MUST
BE EXPLAINED ON THE SPACE PROVIDED BELOW, OR WILL BE REJECTED BY CLERK.

   I HEREBY CERTIFY THAT I HAVE CONSIDERED THE GENERAL GUIDELINES FOR TRACK
ASSIGNMENT AS CONTAINED HEREIN AND CERTIFY THAT MY REQUESTED TRACK IS IN
COMPLIANCE THEREWITH.

DATED: _June 10, 2010_          SIGNED: _____
                                WSB#: 10962

track-online 9-2007.pdf

# ORIGINAL

Exhibit ___2___
Page _1_ of _1_

EXHIBIT 3

10-2-10181-6   34477246   CMP      06-14-10

**FILED**
**IN COUNTY CLERK'S OFFICE**

A.M.   JUN 1 1 2010   P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| RANDY RUSH, | NO.:   **10 2 10181 6** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S COMPLAINT FOR DAMAGES** |
| THE BOEING COMPANY, a Delaware corporation, | |
| Defendant. | |

COMES NOW the Plaintiff, RANDY RUSH, by and through the undersigned attorney, and alleges as follows:

I.

Plaintiff RANDY RUSH is and was, at all times material hereto, a resident of King County, Washington.

II.

Defendant THE BOEING COMPANY, is a Delaware corporation licensed to do business and doing business in Pierce County, Washington.

III.

In 2001, Plaintiff RANDY RUSH became an employee of Defendant THE BOEING COMPANY and in June, 2006, Plaintiff RANDY RUSH

COMPLAINT FOR DAMAGES - 1

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

ORIGINAL

Exhibit 3
Page 1 of 4

1  sustained a severe traumatic brain injury as a result of motor
2  vehicle accident.

                                    IV.

4  Defendant was aware of Plaintiff's injury and, upon his return
5  to work, in June, 2007, provided accommodations to enable Plaintiff
6  to continue to work for Defendant.

                                    V.

7
8  Although it required a great deal of effort on the part of
   Plaintiff, he was able to perform his job with Defendant and
9  received a good mid-year performance review in 2008.

                                    VI.

11  In late October, 2008, Plaintiff advised his supervisor, Randy
12  Sinn, that he believed that there was noncompliance in one aspect
13  of the 787 Quality Management Systems program.

                                   VII.

15  Immediately thereafter, Plaintiff's supervisor Randy Sinn sent
16  an e-mail to Plaintiff rescinding his workplace accommodations.

                                  VIII.

18  The Plaintiff's workplace accommodations were temporarily kept
19  in place due to Plaintiff's objection to his supervisor's removal
20  of the accommodations.

                                    IX.

22  In December, 2008, Plaintiff's supervisor Randy Sinn gave
    Plaintiff a negative year-end review, making it likely that
23  Plaintiff would lose his employment with Defendant.

COMPLAINT FOR DAMAGES - 2

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

Exhibit ___3___
Page 2 of 4

X.

On or about February 16, 2009, Plaintiff's supervisor Randy Sinn, knowing of the Plaintiff's need for accommodations, sent Plaintiff an e-mail, again removing Plaintiff's workplace accommodations on the ostensible basis that formal paperwork for accommodations had not been completed.

XI.

At all times, Plaintiff's supervisor Randy Sinn was aware of Plaintiff's need for accommodations.

XII.

Plaintiff received notice that he was being laid off from his employment with Defendant on or about March 20, 2009.

XIII.

Defendant THE BOEING COMPANY is liable for all actions on the part of Randy Sinn as described herein.

XIV.

The conduct on the part of Defendant THE BOEING COMPANY, as described herein, constitutes disability discrimination in violation of RCW 49.60.

XV.

The conduct on the part of Defendant THE BOEING COMPANY, as described herein, constitutes retaliation in violation of public policy.

XVI.

As a result of the Defendant's tortious conduct, including wrongful discharge in violation of RCW 49.60 and the intentional

COMPLAINT FOR DAMAGES - 3

Dan M. Albertson
Attorney at Law
711 Court A. Suite 200
Tacoma. Washington 98402
(253) 475-2000

Exhibit 3
Page 3 of 4

infliction of emotional distress, failure to accommodate, and such other tortious acts as shall be shown at the time of trial, Plaintiff RANDY RUSH has incurred damages including, but not limited to, loss of pay and benefits, emotional distress, and all damages permitted pursuant to Washington law.

WHEREFORE, Plaintiff RANDY RUSH prays for the following relief:

1. For Plaintiff's damages for disability discrimination and wrongful discharge in violation of RCW 49.60, intentional infliction of emotional distress, failure to accommodate, retaliation in violation of public policy and such other tortious conduct as committed by Defendant as shall be shown at the time of trial;

2. For all damages allowable by law for unpaid wages;

3. For Plaintiff's attorney's fees and costs incurred herein pursuant to RCW 49.60, case law and all applicable statutes;

4. All other damages allowable by law; and

5. For such other and further relief as the Court deems just and equitable.

DATED this 10th day of June, 2010.

ALBERTSON LAW OFFICES

DAN M. ALBERTSON, WSBA# 10962
Attorney for Plaintiff

COMPLAINT FOR DAMAGES - 4

Dan M. Albertson
Attorney at Law
711 Court A. Suite 200
Tacoma, Washington 98402
(253) 475-2000

Exhibit 3
Page 4 of 4

EXHIBIT 4



10-2-10181-6   34477245   SM        06-14-10

FILED
IN COUNTY CLERK'S OFFICE

A.M. JUN 1 1 2010 P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

RANDY RUSH,                        )
                                   )   NO.:  10 2 10181 6
            Plaintiff,             )
                                   )   SUMMONS ON COMPLAINT
     vs.                           )
                                   )
THE BOEING COMPANY,                )
a Delaware corporation,            )
                                   )
            Defendant.             )
_____)

TO THE ABOVE-NAMED DEFENDANTS:

     A lawsuit has been started against you in the above-entitled
Court by the above-named Plaintiff.  Plaintiff's claims are stated
in the written Complaint, a copy of which is served upon you with
this Summons.

     In order to defend against this lawsuit, you must respond to
the Complaint by stating your defense in writing, and serve a copy
upon the undersigned attorney for the Plaintiff within twenty (20)
days after the service of this Summons, or sixty (60) days if out
of state, excluding the day of service, or a Default Judgment may
be entered against you without notice.  A Default Judgment is one
where Plaintiff is entitled to what he asks for because you have
not responded.   If you serve a Notice of Appearance on the
undersigned attorney, you are entitled to notice before a Default
Judgment may be entered.

     You may demand that the Plaintiff file this lawsuit with the
court.  If you do so, the demand must be in writing and must be
served upon the person signing this Summons.  Within 14 days after
you serve the demand, the Plaintiff must file this lawsuit with the
court, or the service on you of this summons and complaint will be

SUMMONS ON COMPLAINT - 1

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

ORIGINAL

Exhibit 4
Page 1 of 2

1    void.

2         If you wish to seek the advice of an attorney in this matter,
     you should do so promptly so that your written response, if any,
3    may be served on time.

4         This Summons is issued pursuant to Rule 4 of the Superior
     Court Rules of Civil Procedure of the State of Washington.

5         DATED this _10th_ day of _June_, 2010.

6                              ALBERTSON LAW OFFICES

7

8                              DAN M. ALBERTSON, WSBA# 10962
                              Attorney for Plaintiff

9

10   **FILE YOUR RESPONSE WITH:**

11   PIERCE COUNTY SUPERIOR COURT
     930 TACOMA AVENUE SOUTH
     TACOMA, WA  98402

12   **SERVE A COPY ON:**

13   DAN M. ALBERTSON
     Albertson Law Offices
14   711 Court A, Suite 200
     Tacoma, Washington 98402
15   (253) 475-2000

16

17

18

19

20

21

22

23

24

25   SUMMONS ON COMPLAINT - 2

26                                        Dan M. Albertson
                                         Attorney at Law
                                       711 Court A, Suite 200
27                                     Tacoma, Washington 98402
                                         (253) 475-2000

Exhibit 4
Page 2 of 2

EXHIBIT 5

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

June 11 2010 4:18 PM

KEVIN STOCK
COUNTY CLERK

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY**

*Randy Rush*

*v.*

*The Boeing Company*

No. 10-2-10181-6

ORDER SETTING CASE SCHEDULE

| Type of case: | MSC |
| Estimated Trial (days): | 5 |
| Track Assignment: | Standard |
| Assignment Department: | 06 |
| Docket Code: | **ORSCS** |

| | |
|---|---|
| Confirmation of Service | 7/9/2010 |
| Confirmation of Joinder of Parties, Claims and Defenses | 10/8/2010 |
| Jury Demand | 10/15/2010 |
| Status Conference (Contact Court for Specific Date) | Week of 11/5/2010 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 12/3/2010 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 12/31/2010 |
| Disclosure of Rebuttal Witnesses | 2/18/2011 |
| Deadline for Filing Motion to Adjust Trial Date | 3/18/2011 |
| Discovery Cutoff | 4/22/2011 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 5/6/2011 |
| Deadline for Hearing Dispositive Pretrial Motions | 5/13/2011 |
| Joint Statement of Evidence | 5/13/2011 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 5/27/2011 |
| Trial | 6/9/2011 9:00 |

**<u>Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.</u>**

### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 1.

### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 1 does not apply while the case is in arbitration.

Dated: June 11, 2010

Judge ROSANNE BUCKNER
Department 06

Exhibit 5
Page 1 of 1

EXHIBIT 6

1

2

3

4

5

6

7         IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

8                    IN AND FOR THE COUNTY OF PIERCE

9  RANDY RUSH,
                                        Cause No. 10 2 10181 6
10              Plaintiff,

11        v.                             **DEFENDANT'S NOTICE OF**
                                        **APPEARANCE**
12  THE BOEING COMPANY, a Delaware
   corporation,
13
                Defendant.
14

15  TO:        Clerk of the Court, Pierce County Superior Court

16  AND TO:    Randy Rush, Plaintiff, and Dan M. Albertson, his attorney of record

17        YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Defendant, The

18  Boeing Company, without waiving any defense of lack of jurisdiction over the person, improper

19  venue, insufficiency of process, or insufficiency of service of process, hereby enters its

20  appearance in the above-entitled action by and through the undersigned attorneys and requests

21  that notice of all further proceedings in said action, except original process, be served upon the

22  undersigned attorneys at their address stated below:

23              James G. Zissler, WSBA #30287
               Ryan P. Hammond, WSBA #38888
24              Littler Mendelson, P.C.
                One Union Square
25              600 University Street, Suite 3200
                Seattle, WA 98101-3122
26

**DEFENDANTS' NOTICE OF APPEARANCE - 1**
FIRMWIDE:96659792.1 053838.1000

Exhibit  6

Page  1  of  3

1

Dated: August 3, 2010

2

3                                    _s/ James G. Zissler_
                                   James G. Zissler, WSBA #30287
4                                  jzissler@littler.com
                                   Ryan P. Hammond, WSBA #38888
5                                  rhammond@littler.com
                                   LITTLER MENDELSON, P.C.
6                                  One Union Square
                                   600 University Street, Suite 3200
7                                  Seattle, WA  98101.3122
                                   Phone:        206.623.3300
8                                  Fax:          206.447.6965

9                                  Attorneys for Defendant
                                   The Boeing Company
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DEFENDANTS' NOTICE OF APPEARANCE - 2**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone: 206.623.3300

Exhibit ____6____

Page 2 of 3

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on August 3, 2010, I electronically filed the foregoing with the Clerk of the

3    Court using the LINX system which will send notification of such filing to the following:

4        **N/A**

5

6    and I hereby certify that I have mailed by United States Postal Service the document to the

7    following non-registered participants:

8        Dan M. Albertson
         Attorney at Law
9        711 Court A, Suite 200
         Tacoma, WA 98402

10

11

12

13        _s/ Cheryl A. Phillips_____
          Cheryl A. Phillips

14        cphillips@littler.com

15        LITTLER MENDELSON, P.C.

16

17

18

19

20

21

22

23

24

25

26

**DEFENDANTS' NOTICE OF APPEARANCE - 3**
FIRMWIDE:96659792.1 053838.1000

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300

Exhibit __6__
Page _3_ of _3_

EXHIBIT 7

RECEIVED

AUG - 5 2010

LITTLER MENDELSON, P.C.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| | | |
|---|---|---|
| RANDY RUSH, | ) | NO.: 10-2-10181-6 |
| Plaintiff, | ) ) | NOTICE OF UNAVAILABILITY |
| vs. | ) ) | |
| THE BOEING COMPANY, a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

TO:         CLERK OF THE COURT;

AND TO:    Defendant's Counsel:

PLEASE TAKE NOTICE that DAN M. ALBERTSON, attorney of record for Plaintiff, will be absent from the office and unavailable for motions, conferences, depositions, and hearings from August 25, 2010 to September 15, 2010.  The undersigned respectfully requests that no hearings or appearances be scheduled during this time frame.

DATED this ___4th___ day of August, 2010.

ALBERTSON LAW OFFICES

DAN M. ALBERTSON, WSBA# 10962
Attorney for Plaintiff

NOTICE OF UNAVAILABILITY - 1

COPY

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-3800

Exhibit 7
Page __1__ of __1__

EXHIBIT 8

RECEIVED
AUG - 5 2010
LITTLER MENDELSON, P.C.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| RANDY RUSH,<br><br> Plaintiff(s)<br><br><br><br> vs.<br><br>THE BOEING COMPANY, a Delaware<br><br>corportation,<br><br> Defendant(s) | Cause No.: 10-2-10181-6<br><br>DECLARATION OF SERVICE OF<br><br>SUMMONS, COMPLAINT, ORDER SETTING<br>CASE SCHEDULE, TRACK ASSIGNMENT<br>REQUEST, CASE COVER SHEET, PLAINTIFF'S<br>FIRST SET OF INTERROGATORIES, AND<br>REQUEST FOR PRODUCTION; |

I am over the age of 18 years and I am not a party to this action.

2.    The date, time and place of service were:

      Date: 7/27/2010        Time: 2:21 PM

      Place: CORPORATION SERVICE COMPANY; 300 DESCHUTES WAY S.W., STE 304,

TUMWATER, WA 98501

3.    I duly served the above described documents upon:





Declaration of Service - 1    10-284 Boeing dec.docx

Exhibit  8
Page  1  of  2

1     THE BOEING COMPANY by personally delivering one true and correct

2     copy(ies); thereof, by  presenting to and leaving the same with:

3     Caroline Little, authorized to accept service on behalf of Corporation

4     Service Company, the Registered Agent for the defendant corporation.

5

6

7 ☒Corporate/Entity Service - The person with whom the documents were left is a

8 person authorized by law to receive process on behalf of said person(s) or

9 entity.

10

11

12 I declare under the penalty of perjury, under the laws of the State of

13 Washington, that the foregoing is true and correct.  Signed at Pierce County,

14 Washington on Wednesday, July 28, 2010.

15

16

17

18                              Roy Rutherford

19                              Special Investigations of Washington
                             PO Box 970

20                              Spanaway, WA 98387
                             Tel: (253) 847-3848

21

22

23

24

25

26

EXHIBIT 9



LITTLER MENDELSON, P.C.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| RANDY RUSH, | NO.: 10-2-10181-6 |
|                Plaintiff, | |
| | CONFIRMATION OF SERVICE |
|    vs. | Docket Code: CS, CSSRV |
| THE BOEING COMPANY,<br>a Delaware corporation, | |
|                Defendant. | |

CS      (**X**)      All the named defendants have been served, have joined or have accepted service in writing.
(Check if appropriate; otherwise, check the box below.)

CSSRV    ( )      One or more named defendants have not yet been served.
(If this box is checked, an additional confirmation of service must be filed pursuant to subsection (b) when service is obtained and the following information is provided.)

The following defendants have been served or accepted service:

**THE BOEING COMPANY**

The following defendants have not yet been served:

CONFIRMATION OF SERVICE
Docket Code: CS, CSSRV - 1



Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

Exhibit   9
Page 1 of 2

Reasons why service has not been obtained:

_____

How service will be obtained:

_____

Date by which service is expected to be obtained:

_____

A status conference is requested regarding:

_____


                                    ALBERTSON LAW OFFICES

*August 4, 2010*
_____         _____
Date                            DAN M. ALBERTSON, WSBA# 10962
                                Attorney for Plaintiff


CONFIRMATION OF SERVICE
Docket Code: CS, CSSRV - 2

Exhibit ___9___
Page _2_ of _2_

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000