UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

RANDY RUSH,

    Plaintiff,

vs.

THE BOEING COMPANY,
a Delaware corporation,

    Defendant.

NO.: 3:10-cv-05575-RBL

**JURY DEMAND**

COMES NOW RANDY RUSH, Plaintiff, by and through the undersigned attorney, and pursuant to Rule 38(b) demands that the above-entitled cause be tried before a jury.

DATED this 19th day of August, 2010.

ALBERTSON LAW OFFICES

_____
DAN M. ALBERTSON, WSBA# 10962
Attorney for Plaintiff

JURY DEMAND - 1

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James G. Zissler
Ryan P. Hammond
Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122

and on this date I hereby certify that a copy of the foregoing has been delivered to ABC Legal Services for delivery to the above named attorneys.

Dated: August 19, 2010

_____
DAN M. ALBERTSON WSB# 10962
Attorney for Plaintiff

JURY DEMAND - 2