Honorable Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY RUSH,<br><br>             Plaintiff,<br><br>    vs.<br><br>THE BOEING COMPANY,<br><br>             Defendant. | NO. 3:10-cv-05575-RBL<br><br>PLAINTIFF'S DISCLSOURE<br>OF EXPERT WITNESSES |

The Plaintiff, RANDY RUSH, by and through the undersigned attorneys, makes this Disclosure of Expert Witnesses in accordance with FRCP 26(a)(2):

**RETAINED EXPERTS**

Plaintiff has not retained or specially employed any person to provide expert testimony in the case.

**MEDICAL WITNESSES**

Plaintiff anticipates that the medical witnesses listed below will testify:

   1.  **Subject Matters:**

       a.  Plaintiff's injuries sustained in the automobile collision of June 20, 2006, including diagnosis,

PLAINTIFF'S DISCLOSURE
OF EXPERT WITNESSES - 1

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

and prognosis, and not limited to the following:

1. Traumatic brain injury with cognitive dysfunction;
2. Left temporal bone fracture (skull fracture);
3. Left traumatic subarachnoid hemorrhage;
4. Left tentorial subdural hematoma;
5. Left scalp laceration;
6. C7 facet fracture;
7. Left pneumothorax (lung collapse);
8. Left rib fractures;
9. Left-sided hemiparesis;
10. Left-sided parasthesia (including left-sided facial weakness)
11. Diplopia (double vision);
12. Night blindness;
13. Motion sickness;

b. Plaintiff's need for workplace accommodation, including, but not limited to, the ability to work virtually due to the effects of the above listed injuries, and for quiet workspace for concentration due to mild cognitive dysfunction.

c. Plaintiff's past, present and future medical conditions and Plaintiff's needs for past, present and future need for workplace accommodations.

d. Communications with The Boeing Company regarding Plaintiff's needs for workplace accommodations.

PLAINTIFF'S DISCLOSURE
OF EXPERT WITNESSES - 2

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

2. **Facts and Opinions:**

   a. That Plaintiff suffered the injuries listed above and that the injuries affected his ability to perform his job, including the essential functions of his job, at The Boeing Company without reasonable accommodations.

   b. That Plaintiff RANDY RUSH was capable of performing the essential functions of his job with reasonable accommodations, including virtual work.

   c. That Plaintiff's injuries are permanent and the need for reasonable accommodations based upon those permanent injuries.

   d. The nature and extent of Plaintiff's damages resulting from Defendant's conduct.

3. **Witnesses:**

   a. Dr. David J. Fordyce
      Rehabilitation Institute of Washington
      4300 Aurora Ave. North, Suite 100
      Seattle, WA 98103

   b. Dr. Nasima Vira
      Virginia Mason Issaquah Clinic
      100 NE Gilman Blvd.
      Issaquah, WA 98027

   c. Dr. John Roberts
      Virginia Mason Medical Center
      1100 9th Ave.
      Seattle, WA 98101

   d. Dr. Michael Rosenfield
      Emerald City Medical Arts
      16 Roy Street
      Seattle, WA 98109

PLAINTIFF'S DISCLOSURE
OF EXPERT WITNESSES - 3

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

1
2
3
4
5

       d.    Dr. Traci Arzillo
           Dr. Amy Morris
           Dr. Andrew Solomon
           Dr. Robert Luu
           Dr. Christina Gilmore
           Including all other providers at:
           Harborview Medical Center
           325 9th Ave.
           Seattle, WA 98104-2499

6    DATED this _15th_ day of March, 2011.

7                               ALBERTSON LAW OFFICES

8
9                               DAN M. ALBERTSON, WSBA# 10962
                               Attorney for Plaintiff
10
                               DeCOSTA LAW FIRM
11
12
13                              VIRGINIA L. DeCOSTA, WSBA# 19188
                               Attorney for Plaintiff

14
15
16
17
18
19
20
21
22
23
24
25  PLAINTIFF'S DISCLOSURE
      OF EXPERT WITNESSES - 4
26
27

                                                    Dan M. Albertson
                                                    Attorney at Law
                                              711 Court A, Suite 200
                                            Tacoma, Washington 98402
                                                     (253) 475-2000