The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDY RUSH,

          Plaintiff,

    v.

THE BOEING COMPANY, a Delaware
corporation,

          Defendant.

Case No. 3:10-cv-05575-RBL

**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Randy Rush and Defendant The Boeing Company, by and through their counsel of record, hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and with each party to bear their own attorneys' fees and costs.

Dated May 20, 2011

s/ Dan Albertson
Dan Albertson, WSBA # 10962
dmalaw1@hotmail.com
Virginia DeCosta, WSBA #19188
vld-decostalaw@qwestoffice.net

Attorneys for Plaintiff

s/ Ryan P. Hammond
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
Rachelle L. Wills, WSBA #34237
rwills@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant

STIPULATION AND REQUEST FOR ORDER
OF DISMISSAL WITH PREJUDICE - 1
Case No. 3:10-cv-05575-RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA  98101.  I hereby certify that on May 20, 2011, I electronically filed the foregoing **STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to The Honorable Ronald B. Leighton and to the following:

> **Dan M. Albertson**
> **Attorney at Law**
> **711 Court A, Suite 200**
> **Tacoma, WA  98402**

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**[Not applicable]**

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.  Executed on May 20, 2011, at Seattle, Washington.

/s/ Anna M. Robertson
ANNA M. ROBERTSON
arobertson@littler.com

STIPULATION AND REQUEST FOR ORDER
OF DISMISSAL WITH PREJUDICE - 2
Case No. 3:10-cv-05575-RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Firmwide:101797284.1 053838.1079